```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA,

          - against -

RANDY MARTINEZ,

              Defendant.
--------------------------------X
```
                                      **O R D E R**

                                      19 Cr. 674 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

At the parties' request, the conference that was previously scheduled in this case for April 29, 2020 at 2:30 p.m. will now be held telephonically.  The parties are directed to call (888) 363-4749, access code 2712517.

Dated:   New York, New York
         April 27, 2020

                                      _____
                                      NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE