

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

June 18, 2020

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *United States v. Randy Martinez*, 19 Cr. 674 (NRB)

Dear Judge Buchwald:

    The Government writes to inform the Court that the Attorney General has authorized the Government not to seek the death penalty against Randy Martinez for the death-eligible charges against him in the Indictment. The Government has already notified counsel for Mr. Martinez.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By:   /s/ Danielle R. Sassoon
    Danielle R. Sassoon
    Assistant United States Attorney
    (212) 637-1115