```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    SUPERSEDING
                                 :    INFORMATION
        - v. -                   :
                                 :    S1 19 Cr. 674 (NRB)
RANDY MARTINEZ,                  :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x
```

## COUNT ONE

The United States Attorney charges:

1. On or about October 17, 2011, in the Southern District of New York, RANDY MARTINEZ, the defendant, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed in and affecting commerce ammunition.

(Title 18, United States Code, Sections 922(g)(1).)

                                                __/s/Audrey Strauss
                                                AUDREY STRAUSS
                                                United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**v.**

**RANDY MARTINEZ,**

                       **Defendant.**

---

**SUPERSEDING INFORMATION**

S1 19 Cr. 674 (NRB)

(18 U.S.C. § 922(g)(1))

AUDREY STRAUSS
United States Attorney