

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

June 14, 2021

By ECF

Honorable Naomi Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: *United States v. Randy Martinez*, 19 Cr. 674 (NRB)

Dear Judge Buchwald:

I write with the consent of the government to respectfully request a two-month adjournment of the sentencing hearing, currently scheduled for July 14, 2021. The additional time will allow us to continue meeting with Mr. Martinez and to gather additional mitigation materials from educators, counselors and family members.

Thank you for your consideration.

Respectfully submitted,

/s/

Deborah Colson
(917) 543-6490 (c)

cc: AUSA Danielle Sassoon